IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-117-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| **Plaintiff,** | ) |  |
| v. | ) | **ORDER** |
| ERNEST HESTER, | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's Motion for Inquiry of Counsel (Document No. 29) filed July 25, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will respectfully direct that Ms. Reynolds consult with her client and thereafter report whether there is a continuing dispute between attorney and client.

**IT IS, THEREFORE, ORDERED** that Ms. Reynolds consult with Defendant Hester and file a report with the Court regarding whether the dispute has been resolved on or before **August 5, 2024**.

Signed: July 26, 2024

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge